# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KHALID K. KHAN, ) | |
|     Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:10-CV-33-F** |
| ) | |
| CHRIS LEITH CHEVROLET, ) | |
|     Defendant. ) | |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Second Renewed Motion to Dismiss and the Motion to Dismiss the Plaintiff's Third Complaint are ALLOWED. The Clerk of Court is DIRECTED to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 30, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Khalid K. Khan (via regular mail to 3008 Fineberg Court, Wake Forest, NC 27587)

Kevin J. Dalton (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| December 30, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |